UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                    Chapter 11

ZRG, Inc.,                                                Case No. 25-40464-NHL
90 Nassau Street LLC,                                     Case No. 25-41126-NHL
385 Greenwich Street LLC,                                 Case No. 25-41127-NHL

                              Debtors.                    Jointly Administered
----------------------------------------------------------------x

# ORDER APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTOR'S PROPERTY AT 90 NASSAU STREET, NEW YORK, NY WITH ASSUMPTION AND ASSIGNMENT OF EXISTING LEASES AND OTHERWISE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND NON-PERMITTED ENCUMBRANCES

Upon the motion [ECF No. 35] (the "Sale Procedures Motion") of 90 Nassau Street LLC (the "Debtor") by its counsel seeking an Order pursuant to 11 U.S.C. §§ 363(b) and (f) approving bidding procedures appended to the Sale Procedures Motion (the "Bidding Procedures") for the sale of the Debtor's real property located at 90 Nassau Street, New York, NY (the "Property") with assumption and assignment of existing leases and otherwise free and clear of liens, claims, interests and non-permitted encumbrances; and the Court having considered the Sale Procedures Motion at a duly noticed hearing held on May 28, 2025 pursuant to scheduling Order dated May 16, 2025, 2025 [ECF No. 40] (the "Scheduling Order"); and based upon the record compiled at the hearing, at which appeared Kevin Nash, Esq. (counsel to the Debtors) Jay Solomon, Esq. (counsel to Gregory Spatz), James Vincequerra, Esq. (counsel to Ladder CRE Finance REIT Inc, as successor-in-interest to Ladder Capital Finance LLC), and Nazar Khodorovsky, Esq. (Office of the United States Trustee); and it appearing that the Bidding Procedures represent a prudent exercise of the Debtor's business judgment to conduct an auction sale of the Debtor's Property; and good and proper service of the hearing on the Sale Procedures Motion having been given in

compliance with the Scheduling Order as evidenced by the Declaration of Service filed on May 19, 2025 [ECF No. 41]; and good and sufficient cause having been shown; it is hereby

ORDERED, that the Bidding Procedures, a copy of which are attached hereto as <u>Exhibit</u> "A", are approved for selling the Property; and it is further

ORDERED, that the Debtor is hereby authorized to conduct an auction sale of the Property (the "<u>Sale</u>") on June 18, 2025 at 3:00 p.m. in accordance with the Bidding Procedures, subject to all existing leases, which leases shall be assumed and assigned as part of the Sale pursuant to 11 U.S.C. § 365, but otherwise free and clear of all claims, liens and interests with the same to attach to the proceeds of the sale pursuant to 11 U.S.C. § 363(b) and (f); and it is further

ORDERED, that Notice of the auction Sale shall be published in the New York Times on two occasions on June 4, 2025 and June 11, 2025; and it is further

ORDERED, that any person or entity that is interested in purchasing the Property (a "<u>Bidder</u>") must submit a written bid to the Debtor (a "<u>Bid</u>") in conformity with the approved Bidding Procedures and Requirements on or before June 16, 2025 at 5:00 p.m. (ET); and it is further

ORDERED, that confirmation of auction results and final approval of the Sale shall be subject to a further order of the Bankruptcy Court following a hearing to be held on June 25, 2025 at 4:00 p.m. with objections, if any, to the Sale to be filed or asserted on or before June 20, 2025; and it is further

[*Remainder of page intentionally left blank*]

ORDERED, that the Court shall retain jurisdiction to interpret, implement and enforce the terms of this Order and the Bidding Procedures.

Dated: May 29, 2025
Brooklyn, New York



_____
Nancy Hershey Lord
United States Bankruptcy Judge