**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
Joseph T. Moldovan, Esq.

*Counsel to Zachary Gindi*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ZRG, Inc., | Case No. 25-40464 (NHL) |
| 90 Nassau Street LLC, | Case No. 25-41126 (NHL) |
| 385 Greenwich Street LLC, | Case No. 25-41127 (NHL) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that Joseph T. Moldovan, Esq. of Morrison Cohen LLP, hereby enters his appearance ("**Notice of Appearance**") in the above–captioned chapter 11 case ("**Case**") as counsel to Zachary Gindi in his individual capacity, pursuant to section 1109(b) title 11 of the United States Code, 11 U.S.C. §§ 101–1532 ("**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"), and requests that (a) the undersigned be added to the official mailing matrix and service list in this Case and (b) that copies of all notices and pleadings given or required to be given in this Case and copies of all papers served or required to be served in this Case, and all other matters arising herein or in any way related to this Case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, electronic mail, hand–delivery, telephone, telegraph, telex, or otherwise filed

or made with regard to this Case proceedings therein, be given to and served upon the following person at the address, email address, telephone number, and facsimile number set forth below:

>Joseph T. Moldovan, Esq.
>MORRISON COHEN LLP
>909 Third Avenue, 27th Floor
>New York, New York 10022
>Telephone: (212) 735-8600
>Facsimile: (212) 735-8708
>Email: jmoldovan@morrisoncohen.com
>bankruptcy@morrisoncohen.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, answering or reply papers, presentment, order to show cause, statements of affairs, operating reports, schedules of assets and liabilities, disclosure statement, and plan of reorganization, any of which are filed in this Case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand–delivery, telephone, telegraph, telex, or otherwise filed or made with regard to this Case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit shall constitute or be construed to be a waiver of any substantive or procedural right, including, without limitation, the right to: (a) have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (b) trial by jury in any proceeding as to any and all matter so triable, whether or not such matters are designated as legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States

Constitution; (c) seek abstention or remand of any matter or proceeding subject to mandatory or discretionary abstention or remand, and to have the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal or to object to the jurisdiction of this Bankruptcy Court; (d) the rights, remedies and claims against other entities or to make an election of remedies; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which the Defendant is or may be entitled to under any agreements or at law or in equity or under the United States Constitution, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and preserved.

Dated: New York, New York
June 25, 2025

**MORRISON COHEN LLP**

By: */s/ Joseph T. Moldovan*
Joseph T. Moldovan, Esq.

909 Third Avenue, 27th Floor
New York, New York 10022
(212) 735-8600
jmoldovan@morrisoncohen.com

*Counsel for Zachary Gindi*