UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                                    Chapter 11

ZRG, Inc.,                                                                Case No. 25-40464-NHL
90 Nassau Street LLC,                                           Case No. 25-41126-NHL
385 Greenwich Street LLC,                                  Case No. 25-41127-NHL

                              Debtors.                           Jointly Administered

---------------------------------------------------------------x

## STIPULATION AND ORDER EXTENDING CLOSING DATE

WHEREAS, ZRG, Inc. ("ZRG") commenced a voluntary Chapter 11 case on January 29, 2005; and

WHEREAS, on March 6, 2025, affiliates of ZRG known as 90 Nassau Street LLC ("Nassau"), and 385 Greenwich Street LLC ("Greenwich") likewise commenced separate voluntary Chapter 11 cases; and

WHEREAS, by Order dated March 19, 2025, the Greenwich Debtor previously obtained approval for the auction sale of its real property located at 385 Greenwich Street, New York, NY (the "Property"); and

WHEREAS, Gregory Spatz or his designee was deemed the highest and best bidder at the auction sale pursuant to Order dated April 18, 2025, which Order called for a closing on the sale within sixty days after the Order becomes final and non-appealable; and

WHEREAS, in the interim, the Debtors have filed a liquidating plan of reorganization with a hearing on confirmation scheduled to be held on July 8, 2025; and

WHEREAS, the Debtors seek to close the transaction with Gregory Spatz or his designee on a date after confirmation of the plan but no later than July 11, 2025;

NOW, THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1. The deadline for Gregory Spatz or his designee to close the sale is hereby extended to and including July 11, 2025.

2. This Stipulation is subject to approval of the Bankruptcy Court and shall become effective upon the entry of an Order of approval (the "Effective Date").

3. This Stipulation may be executed and delivered in any number of counterparts, each of which so executed and delivered shall be deemed to be an original and all of which shall constitute one and the same document. Each Party may evidence its execution of this Stipulation by delivery to the other Parties of scanned or faxed copies of its signature, with the same effect as the delivery of an original signature.

4. The Court shall retain exclusive jurisdiction over the enforcement of this Stipulation.

Dated: New York, NY
June 26, 2025

| | |
|---|---|
| Goldberg Weprin Finkel Goldstein LLP | Belkin Burden Goldman LLP |
| *Attorneys for the Debtors* | *Attorneys for Gregory Spatz* |
| 125 Park Avenue, 12th Floor | 60 East 42nd Street, 16th Floor |
| New York, New York 10017 | New York, New York 10165 |
| By: /s/ *Kevin J. Nash, Esq*. | By: _____ |
| Kevin J. Nash, Esq. | Jay B. Solomon, Esq. |

So Ordered: