UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

ZRG, Inc.,
90 Nassau Street LLC,
385 Greenwich Street LLC,

                    Debtors.

-----------------------------------------------------------x

Chapter 11

Case No. 25-40464-NHL
Case No. 25-41126-NHL
Case No. 25-41127-NHL

Jointly Administered

## DECLARATION OF SERVICE

I, Angela Bernabe, declares under the penalties of perjury pursuant to 28 U.S.C §1746:

On September 10, 2025, I served the Notice of Hearing to Consider Debtors' Post-Confirmation Omnibus Objection to Various Claims with the Application (ECF No. 95) and Appendix to Debtors' Post-Confirmation Omnibus Objection to Various Claims with the copy of the creditor's claim (ECF No. 96) via first class mail by depositing true copies thereof, enclosed in pre-paid wrappers, into an official depository under the exclusive care and custody of the united States Postal Service, addressed to each of the persons or entities listed below;

TO:

| | |
|---|---|
| Strivers Management Group Corp.<br>733 Third Ave, 14th Floor<br>New York, NY 10017 | NYC ECB OATH<br>66 John Street, 11th Floor<br>New York, NY 10038 |
| Daily Maintenance 1 LLC<br>733 Third Ave, 14th Floor<br>New York, NY 10017 | Bankruptcy / EAG Group<br>4 Irving Place 9th Floor<br>New York, NY 10003 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Core Scaffold Systems Inc.<br>417 Myrtle Avenue, Suite 14<br>Brooklyn, NY 11205 |
| Jones Lang LaSalle Americas, Inc.<br>c/o Jeremy C. Kleinman<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Ave., Suite 2100<br>Chicago, IL 60611-3607 | New York City Dept of Finance<br>Office of Legal Affairs<br>Collections Unit-RPT Taxes<br>375 Pearl Street, 30th Floor<br>New York, NY 10038 |
| Corporation Counsel of the City of New York<br>Attn: Zachary Kass, Esq.<br>Assistant Corp Counsel<br>100 Church Street, Room 5-238<br>New York, New York 10007 | |

Dated: New York, New York
       September 10, 2025

                                                               /s/ Angela Bernabe
                                                               Angela Bernabe

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          Chapter 11

ZRG, Inc.,                                      Case No. 25-40464-NHL
90 Nassau Street LLC,                           Case No. 25-41126-NHL
385 Greenwich Street LLC,                       Case No. 25-41127-NHL

                    Debtors.          Jointly Administered
------------------------------------------------------------x

## DECLARATION OF SERVICE

    I, Angela Bernabe, declares under the penalties of perjury pursuant to 28 U.S.C §1746:

    On September 10, 2025, I served the Notice of Hearing to Consider Debtors' Post-Confirmation Omnibus Objection to Various Claims with the Application (ECF No. 95) via first class mail by depositing true copies thereof, enclosed in pre-paid wrappers, into an official depository under the exclusive care and custody of the united States Postal Service, addressed to each of the persons or entities listed below;

TO:

| | |
|---|---|
| Randal Gindi<br>c/o Theresa A. Driscoll<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 | Gregory Spatz<br>c/o Attn: Jay B. Solomon<br>Belkin Burden Goldman, LLP<br>60 East 42nd Street, 16th Floor<br>New York, New York 10165 |
| Ladder CRE Finance REIT Inc.<br>c/o James Vincequerra, Esq.<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, New York 10016 | Zachary Gindi<br>c/o Joseph T. Moldovan, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue, 27th Floor<br>New York, New York 10022 |
| Office of the United States Trustee<br>Attn: Jeremy Sussman, Esq.<br>One Bowling Green, Room 510<br>New York, NY 10004-1408 | Zachary Gindi<br>c/o Dawn Sudama, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue, 27th Floor<br>New York, New York 10022 |

Dated: New York, New York
       September 10, 2025

                                                                              _____
                                                                              Angela Bernabe