UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------

In re:  Chapter 11

ZRG, Inc.,  Case No. 25-40464-NHL
90 Nassau Street LLC,  Case No. 25-41126-NHL
385 Greenwich Street LLC,  Case No. 25-41127-NHL

Debtors.  Jointly Administered

-----------------------------------

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, I served and/or caused to be served true copies of the Notice and Motion for Order Disallowing and Expunging Claims Filed by Zachary Gindi and 385G LLC; Schedule A; and Exhibits by first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, to the last known address of the addressee(s) as indicated below:

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

Ravi Vohra
Kevin J Nash
J Ted Donovan
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
125 Park Avenue, 12th Floor
New York, NY 10017
*Counsel for ZRG, Inc., 385 Greenwich Street LLC and 90 Nassau Street LLC*

Dawn Rita Sudama
Joseph Moldovan
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
*Counsel for Zachary Gindi*

Zachary B Kass
NEW YORK CITY LAW DEPARTMENT
100 Church Street
New York, NY 10007
*Counsel for City Of New York*

Justin S. Kirschner
DOJ-USAO
271-A Cadman Plaza East
Brooklyn, NY 11201
*Counsel for IRS*

Jay B Solomon
BELKIN BURDEN GOLDMAN, LLP
1 Grand Central Plaza
60 E 42nd Street, Ste 16th Floor
New York, NY 10165
*Counsel for Gregory Spatz*

James Vincequerra
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
*Counsel for Ladder CRE Finance REIT Inc,*
*as successor-in-interest to Ladder Capital Finance LLC*

Stephen H. Orel
SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP
444 Madison Avenue, 6th Floor
New York, New York 10022
*Counsel for New Aim Realty LLC*

Zachary Gindi
2322 Avenue N
Brooklyn, NY 11210

                                                  /s/Daniel C. Almont
                                                  DANIEL C. ALMONT