# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◊
NEIL I. ALBSTEIN*
ELLIOT FINK
ERICA D. VITANZA*

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
M. BRIAN CRONK
JARED STEINBERG♦
AMANDA ZIFCHAK
AARON GOLDBLUM*
ANDREW C. ST. CYR
JACOB E. WOLLACH
SAMUEL KATZ
KELLY A. MOLLOY
RAVI VOHRA
ASHLEY M. KOENEN
AMY M. SCOTTO
BENJAMIN P. VANDERHYDEN

125 PARK AVENUE
12TH FLOOR
NEW YORK, NY 10017
(212) 221-5700
TELECOPIER (212) 730-4518

———

BARRY E. ZWEIGBAUM
ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

———

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

———

\* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
◊ ALSO MEMBER OF CONNECTICUT BAR
° ALSO MEMBER OF CALIFORNIA BAR
♦ ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

December 10, 2025

<u>*Via ECF*</u>
Hon. Nancy H. Lord
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201-1800

      Re:    ZRG, Inc., Case No. 25-40464 (NHL)

Dear Judge Lord:

      This letter will confirm that all matters scheduled to be heard on December 11, 2025 at 11:30 a.m. have been adjourned to January 6, 2026 at 2:30 p.m.

                                        Respectfully yours,

                                        <u>*/s/ Ravi Vohra, Esq.*</u>

cc: All Counsel Via ECF filing