UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:

ZRG, Inc.,
90 Nassau Street LLC,
385 Greenwich Street LLC,

                              Debtors.

------------------------------------------------------------X

Presentment Date and Time:
April 7, 2026 at 12:00 noon

Chapter 11

Case No. 25-40464-ESS
Case No. 25-41126-ESS
Case No. 25-41127-ESS

Jointly Administered

## NOTICE OF PRESENTMENT OF ORDER
## GRANTING OMNIBUS OBJECTIONS

**PLEASE TAKE NOTICE** that the annexed is a true copy of a proposed Order Granting Omnibus Objections to Claims which will be presented by the debtors herein, ZRG, Inc., 90 Nassau Street LLC, and 385 Greenwich Street LLC (collectively the "Debtors") for settlement to the Honorable Elizabeth S. Stong in her Chambers at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, NY 11201 on April 7, 2026 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that any objection to entry of the proposed Stipulation shall be in writing prior to March 31, 2026 or the proposed Order may be entered without further notice.

Dated:  New York, New York
        March 19, 2026

Goldberg Weprin Finkel Goldstein LLP
Attorneys for the Debtors
125 Park Avenue, 12th Floor
New York, New York 10017
(212) 221-5700

By: ___/s/ J. Ted Donovan___