UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                          Chapter 11

ZRG, Inc.,                                      Case No. 25-40464-NHL
90 Nassau Street LLC,                           Case No. 25-41126-NHL
385 Greenwich Street LLC,                       Case No. 25-41127-NHL


                              Debtors.          Jointly Administered

-------------------------------------------------------------x

## ORDER GRANTING DEBTORS' POST-CONFIRMATION
## OMNIBUS OBJECTION TO VARIOUS CLAIMS

Upon the omnibus objection filed by ZRG, Inc. ("ZRG"), 90 Nassau Street LLC (the "90 Nassau") and 385 Greenwich Street LLC (the "385 Greenwich" and, collectively, the "Debtors") seeking to disallow, expunge and/or reclassify certain claims (the "Omnibus Objection") [ECF No. 95]; and good and sufficient notice having been given as evidenced by the affidavits of service filed by the Debtors [ECF Nos. 98 and 107]; and a hearing having been held on January 6, 2026 (the "Hearing"); and, except as noted below, no opposition having filed; and good cause appearing therefor; it is hereby

ORDERED, that all claims filed by Strivers Management Group Corp. [Claim No. 5-1 on ZRG's claims register, Claim No. 6-1 on 90 Nassau's claims register and Claim No. 6-1 on 385 Greenwich's claims register] are hereby disallowed and expunged; and it is further

ORDERED that all claims filed by Daily Maintenance 1 LLC [Claim No. 4-1 on ZRG's claims register, Claim No. 5-1 on 90 Nassau's claims register and Claim No. 5-1 on 385 Greenwich's claims register] are hereby disallowed and expunged; and it is further

ORDERED that the purported secured claims filed by Core Scaffold Systems Inc. [Claim No. 6-1 on ZRG's claims register and Claim No. 8-1 on 90 Nassau's claims register] are hereby disallowed and expunged; and it is further

ORDERED, that the claim filed by the Consolidated Edison Company of New York, Inc [Claim No. 1-1 on ZRG's claims register] having been fully satisfied at the closing on the sales of the Debtors' real property is hereby expunged; and it is further

ORDERED, that the Court having considered the opposition filed by Jones Lang LaSalle Americas, Inc. "Jones Lang") to that portion of the Omnibus Objection relating to the claim filed by Jones Lang [Claim No. 13-1 on 90 Nassau's claims register] [ECF No. 102], the Debtor's Reply thereto [ECF No. 104], and the oral argument had at the Hearing, the claim filed by Jones Day is hereby disallowed and expunged; and it is further

ORDERED, that the Internal Revenue Service (the "IRS") having withdrawn the claim it filed [Claim No. 3-2 on ZRG's claims register], that portion of the Omnibus Objection relating to the IRS is hereby withdrawn as moot; and it is further

ORDERED, that the City of New York having appeared at the hearing by its counsel, and the counsel for the Debtor and the City of New York having indicated that they are engaged in settlement discussions, the Hearing with respect to the claims filed by the New York City Department of Finance [Claim No. 1-1 on 90 Nassau's claims register and Claim No. 1-1 on 385 Greenwich's claims register] and the claims filed by NYC ECB OATH [Claim No. 3-1 on 90 Nassau's claims register and Claim No. 4-1 on 385 Greenwich's claims register] is adjourned to March 4, 2026 at 2:00 p.m.